PS 42
(Rev 07/93)

## United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR - 1 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

United States of America           )
                                   )
vs                                 )
                                   )
William Webster                    )         Case No. 2:18CR00228-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, William Webster, have discussed with Joshua Schull, Pretrial Services/Probation Officer, modification of my release as follows:

Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of resting required by the Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficience and accuracy of prohibited substance testing.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4/1/19        _____  4/1/19
Signature of Defendant    Date        Pretrial Services/Probation Officer   Date

William Webster                       Joshua Schull

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  4/01/2019
Signature of Defense Counsel    Date

Carl Joseph Oreskovich

  The above modification of conditions of release is ordered, to be effective on 4-1-19.

[ ]   The above modification of conditions of release is not ordered.

_____  John T. Rodgers  _4-1-19_
Signature of Judicial Officer  U.S. MAGISTRATE   Date