FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LLOYD WEBSTER,<br><br>Defendant. | No. 2:18-CR-00228-RMP-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE & EXPEDITE HEARING<br><br>**MOTION GRANTED**<br>**(ECF No. 28)** |

Before the Court is Defendant's Unopposed Motion for Modification of Release Conditions and request to expedite, **ECF No. 28**. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests permission to travel to his stepmother's funeral.

**IT IS ORDERED**, Defendant's Motion, **ECF No. 28**, is **GRANTED**. Defendant is permitted to travel to San Jose, California on May 28, 2019, returning on May 30, 2019. Prior to departure Defendant shall provide Pretrial Services the address where he will reside and a phone number where he can be contacted at any time.

//

//

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED May 17, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2