FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LLOYD WEBSTER,<br><br>Defendant. | No. 2:18-CR-00228-RMP-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE & EXPEDITE HEARING<br><br>**MOTION GRANTED**<br>**(ECF No. 56)** |

Before the Court is Defendant's Unopposed Motion for Modification of Release Conditions and request to expedite, **ECF No. 56**. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests permission to travel to San Jose, California and then to Maui, Hawaii to assist his elderly father in packing up his home and relocating his residence following his stepmother's death.

Finding good cause, **IT IS ORDERED**, Defendant's Motion, **ECF No. 56**, is **GRANTED**. Defendant is permitted to travel to San Jose, California between March 7, 2020 and March 18, 2020, and from there to Maui, Hawaii on March 18, 2020, returning to Spokane, Washington on or before March 30, 2020. Prior to departure Defendant shall provide Pretrial Services the address where he will reside and a phone number where he can be contacted at any time.

///

///

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED February 3, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2