FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LLOYD WEBSTER,<br><br>Defendant. | No. 2:18-CR-00228-RMP-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE & EXPEDITE HEARING<br><br>**MOTION GRANTED**<br>**(ECF No. 63)** |

Before the Court is Defendant's Unopposed Motion for Modification of Release Conditions and request to expedite, **ECF No. 63**. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

The Court previously authorized the Defendant to travel to Maui, Hawaii to relocate his elderly father. The Defendant was ordered to return on or before March 30, 2020. Defendant now requests permission to remain in Maui, Hawaii to assist his elderly father during the coronavirus pandemic. Both Washington and Hawaii are currently under "stay at home" orders.

Finding good cause, **IT IS ORDERED**, Defendant's Motion, **ECF No. 63**, is **GRANTED**. Defendant is permitted to remain in Maui, Hawaii until April 15, 2020. Defendant shall provide Pretrial Services the address where he will reside and a phone number where he can be contacted at any time.

All other terms and conditions of pretrial release not inconsistent herewith

ORDER - 1

shall remain in full force and effect.

**This order does not relieve the Defendant from attending any scheduled court hearings.**

**IT IS SO ORDERED.**

DATED March 27, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2