FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LLOYD WEBSTER,<br><br>Defendant. | No. 2:18-CR-00228-RMP-1<br><br>ORDER GRANTING DEFENDANT'S MOTIONS TO MODIFY CONDITIONS OF RELEASE & EXPEDITE HEARING<br><br>**MOTIONS GRANTED**<br>**(ECF No. 78, 79)** |

Before the Court is Defendant's unopposed motion for modification of release conditions and motion to expedite, **ECF No. 78, 79**. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests permission to travel to San Jose, California to visit his ailing father.

The Court finding good cause, **IT IS ORDERED**, Defendant's motions, **ECF No. 78, 79**, are **GRANTED**. Defendant is permitted to travel to San Jose, California on April 8, 2021, and return to the Eastern District of Washington on April 12, 2021. Prior to departure Defendant shall provide Pretrial Services the address where he will reside and a phone number where he can be contacted at any time.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 1, 2021.

_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1