FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 29, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM LLOYD WEBSTER,<br><br>Defendant. | No. 2:18-CR-00228-RMP<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 101** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 101). Defendant asks the Court to allow him to travel to San Jose, California, from January 7, 2022 to January 9, 2022. Neither the United States nor the United States Probation/Pretrial Services Office oppose the Motion. For the reasons set forth in the Motion;

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 101**) is **GRANTED**.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 1

2. Additional Condition No. 14 (**ECF No. 11**) shall be **MODIFIED** as follows:

Defendant shall remain in the Eastern District of Washington while the case is pending. Defendant may travel to the District of Idaho for his employment. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area. Defendant may travel to San Jose, California from January 7-9, 2022. Prior to his departure, Defendant shall provide Pretrial Services the address where he will reside and a phone number where he can be contacted at any time.

3. All other conditions of release shall remain in effect.

DATED December 29, 2021.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 2